UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

  v

**CORNELL SMITH,**

    Defendant.
_____/

**CRIMINAL NO.  04-80857**

**HON.  LAWRENCE P. ZATKOFF**

MICHAEL J. RIORDIAN (P 43980)
Assistant US Attorney
US Department of Justice
211 W Fort Street, #2001
Detroit, Michigan   48226
313/226.9602

SEYMOUR BERGER (P 10720)
Attorney for Defendant
24901 Northwestern Hwy, #513
Southfield, Michigan 48075
248/353.5131
_____/

## ORDER  EXTENDING THE SURRENDER DATE FOR CORNELL SMITH FROM FRIDAY JUNE 9, 2006 TO FRIDAY, JUNE 23, 2006

    The Parties having entered into a Stipulation to extend the time for Cornell Smith to surrender himself to the Bureau of Prisons or the United States Marshals from Friday, June 9, 2006 to Friday, June 23, 2006, the same having been filed, and said Stipulation having been based on the representations made by Seymour Berger, Defense Attorney for Cornell Smith, that the Bureau of Prisons has not as yet designated a facility for Cornell Smith and said designation which is subject to medical review with the Bureau of Prisons, is said to be determined any day; and this

Honorable Court therefore deeming itself fully advised in the premises;

    NOW, THEREFORE:

    IT IS HEREBY ORDERED that Cornell Smith shall surrender himself to a designated Bureau of Prison facility or the United States Marshal not later than FRIDAY, JUNE 23, 2006 BY 2:00 P.M.

    s/Lawrence P. Zatkoff
    HONORABLE LAWRENCE P. ZATKOFF
    United States District Judge

DATED:   June 9, 2006