**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CORNELL SMITH,

       Plaintiff,                     CRIMINAL CASE NO. 04-80857
vs.                                    CIVIL CASE NO. 07-11145
                                            HON. LAWRENCE P. ZATKOFF
                                            MAGISTRATE JUDGE DONALD A. SCHEER

UNITED STATES OF AMERICA,

       Defendant.
_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter comes before the Court on Magistrate Judge Scheer's Report and Recommendation [dkt 283] of December 13, 2007, in which the Magistrate Judge recommends denying Petitioner's Motion to Vacate, Set Aside, or Correct Sentence [dkt 224]. Petitioner has not filed an objection to the Report and Recommendation. The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court as it pertains to the denial of Petitioner's Motion.

Therefore, IT IS HEREBY ORDERED that Petitioner's complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

                                                              s/Lawrence P. Zatkoff
                                                              LAWRENCE P. ZATKOFF
                                                              UNITED STATES DISTRICT JUDGE

Dated: February 8, 2008

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 8, 2008.

                                                    s/Marie E. Verlinde
                                                    Case Manager
                                                    (810) 984-3290